IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Larry Carson, )
)
)
*Plaintiff,* )
)
-vs- ) No. 16-cv-5349
)
Thomas Dart, Sheriff of Cook ) Judge Ellis
County, and Cook County, )
)
*Defendants.* )

## STIPULATION TO DISMISS WITH
## PREJUDICE AND WITHOUT COSTS

It is stipulated between the parties, by their respective undersigned

counsel, that this action is dismissed with prejudice and without costs

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

/s/ Allyson West (with consent)
Allyson West, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Cook County
and defendant Sheriff*